James A. JONES, Jr., Plaintiff— Appellant,

v.

MARYLAND–NATIONAL CAPITAL PARK AND PLANNING COMMISSION, Defendant—Appellee.

No. 05–2368.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2006.

Decided: Aug. 17, 2006.

James A. Jones, Jr., Appellant Pro Se. William Charles Dickerson, Maryland–National Capital Park and Planning Commission, Riverdale, Maryland, for Appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Jones, Jr., appeals the district court's order dismissing his claims under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 (2000), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2000), and

---

*Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993).

the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Maryland–Nat'l Capital Park & Planning Comm'n,* No. CA–04–1818–8 (D.Md. Oct. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*